UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DONALD EUGENE BYBEE, | ) | No. ED CV 11-1299-PSG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| G.D. LEWIS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 4/16/12

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE